IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Jeremy S. Williams, | ) | Civil Action No. 3:16-cv-799-TLW-TER |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Colonial Family Practice, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the action, *with prejudice*.

WE SO STIPULATE:                                    WE SO STIPULATE:

s/ Debbie Whittle Durban                            s/ Raia Jane Hirsch
Nelson Mullins Riley & Scarborough LLP              Raia Jane Hirsch, Attorney at Law
Federal ID No. 7391                                 Federal ID No. 12284
1320 Main Street, 17th Floor                        1720 Main Street, Suite 301
Columbia, SC 29201                                  Columbia, SC 29201
Debbie.durban@nelsonmullins.com                     raia@rjhirschlaw.com
Tel. (803) 255-9465                                 Tel. (803) 929-0770

Attorney for *Defendant Colonial Family Practice*   Vincent A. Sheheen
                                                    Savage, Royall & Sheheen, LLP
                                                    Federal ID No. 7016
                                                    vsheheen@thesavagefirm.com
                                                    P.O. Drawer 10
                                                    Camden, SC 29020
                                                    Tel. (803) 432-4391

                                                    *Attorneys for Plaintiff Jeremy S. Williams*

November 22, 2016